UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-44127-399 |
| Venita Davidson, | ) | Chapter 13   **Doc. 45** |
| | ) | |
| | ) | |
| Debtor. | ) | Objection to Claim No. 20-1 |
| | ) | Filed by Caliber Home Loans, Inc. |

### **CERTIFICATION**

The undersigned certifies that all entities entitled to notice of Debtor's Objection to Claim No. 20-1 in accordance with Local Bankruptcy Rules have been served with the foregoing motion/ pleading/objection and the time for response has passed.  No responses in opposition have been filed or any responses in opposition have been resolved.  Movants request the Court enter the attached Order which supersedes any prior proposed Orders.

Respectfully Submitted
THE BANKRUPTCY COMPANY

*/s/ David N. Gunn*
David N. Gunn, #54880MO
2025 S. Brentwood Blvd., Ste. 206
St. Louis, MO 63144
Tel:  314-961-9822
Fax:  314-961-9825
stlouis@tbcwam.com

### **ORDER**

Upon Debtor's Objection to Claim No. 20-1 filed by Caliber Home Loans, Inc., for good cause shown

**IT IS ORDERED** that Debtor's Objection is **SUSTAINED.**

**IT IS FURTHER ORDERED** that Claim No. 20-1 is allowed as a secured claim in the amount of $288,373.90 and the pre-petition arrearage portion of the claim should be disallowed in its entirety.

DATED:  July 14, 2014
St. Louis, Missouri
lat

Barry S. Schermer
United States Bankruptcy Judge

Order prepared by:

David N. Gunn
2025 S. Brentwood, Suite 206
Brentwood, MO  63144
*Attorney for Debtor*

Copy mailed to:

David N. Gunn
2025 S. Brentwood, Suite 206
Brentwood, MO  63144

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Craig A. Edelman
Buckley Madole, P.C.
9441 LBJ Freeway, Suite 250
Dallas, Texas 752430

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

Venita Davidson
1275 Chateau Woods Drive
St. Louis, MO 63135