

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 13-44127 |
| Venita Davidson, | ) |
| | ) Chapter 13 |
| | ) |
| Debtor/Movant. | ) Debtor's Motion to Extend Time |
| | ) To File Documents |

### DEBTOR'S MOTION TO EXTEND TIME TO FILE DOCUMENTS

COMES NOW Debtor, Venita Davidson, by and through her attorneys of record and for this Motion to Extend Time to File Documents, states to the Court as follows:

1. The Debtor filed this Chapter 13 case with the Court on May 1, 2013.

2. The Debtor have not yet completed the Financial management course as of this date.

3. The Debtor requests that an additional fourteen (14) days from the Court's deadline of December 28, 2018, be granted to file all necessary documents within this case.

WHEREFORE, Debtor prays this Court enter an Order granting Debtor's Motion to Extend Time to File Documentation to January 11, 2019; and for such other relief as the Court deems necessary and proper.

Respectfully Submitted
THE BANKRUPTCY COMPANY

/s/ ***David N. Gunn***
David N. Gunn, #54880MO
2249 S. Brentwood Blvd.
St. Louis, MO 63144
Tel: 314-961-9822
Fax: 314-961-9825
generalmail@thebkco.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on December 28, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, address to those parties listed below on December 28, 2018.

/s/ *Meagon Bradley*
Meagon Bradley, Paralegal
*The Bankruptcy Company*

Diana S. Daugherty
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Venita Davidson
1275 Chateau Woods Drive
Ferguson, MO 63135